8535. Yates *v.* Bank of Donalsonville.

Broyles, P. J. This was a suit on a promissory note, and under the pleadings and the evidence the court did not err in directing a verdict for the plaintiff for the full amount sued for, with interest and attorney's fees.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

Decided July 5, 1917.

Complaint; from city court of Bainbridge—W. V. Custer, judge pro hac vice. January 10, 1917.

*A. E. Thornton,* for plaintiff in error.